IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DOUGLAS BURR, ) | No. C 10-5935 LHK (PR) |
| ) | |
| Petitioner, ) | ORDER TO SHOW CAUSE |
| ) | |
| v. ) | |
| ) | |
| WARDEN FRANK CHAVEZ, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus challenging his conviction and sentence pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. The Court orders Respondent to show cause why a writ of habeas corpus should not be granted.

**DISCUSSION**

**A.     Standard of Review**

This Court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); *Rose v. Hodges*, 423 U.S. 19, 21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show

1 | cause why the writ should not be granted, unless it appears from the application that the
2 | applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

3 | **B.     Petitioner's Claims**

4 |     As grounds for federal habeas relief, Petitioner claims that: (1) the prosecutor committed
5 | misconduct; (2) he received ineffective assistance of counsel for failing to object to the
6 | prosecutor's misconduct; and (3) the trial court's policy of conducting a readback in a closed
7 | jury room violated his right to counsel, right to be present, right to a public trial, and procedural
8 | due process.  Liberally construed, these claims are cognizable on federal habeas review.  The
9 | Court orders Respondent to show cause why the petition should not be granted as to the above
10 | issues.

**CONCLUSION**

12 |     1.     The Clerk shall serve by mail a copy of this order and the petition and all
13 | attachments thereto upon the Respondent and the Respondent's attorney, the Attorney General of
14 | the State of California.  The Clerk shall also serve a copy of this order on Petitioner.

15 |     2.     Respondent shall file with the Court and serve on Petitioner, within **ninety days**
16 | of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules
17 | Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be
18 | granted.  Respondent shall file with the answer and serve on Petitioner a copy of all portions of
19 | the underlying state criminal record that have been transcribed previously and that are relevant to
20 | a determination of the issues presented by the petition.

21 |     If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the
22 | Court and serving it on Respondent within **thirty days** of the date the answer is filed.

23 |     3.     Respondent may file a motion to dismiss on procedural grounds in lieu of an
24 | answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section
25 | 2254 Cases within **ninety days** of the date this order is filed.  If Respondent files such a motion,
26 | Petitioner shall file with the court and serve on Respondent an opposition or statement of non-
27 | opposition within **thirty days** of the date the motion is filed, and Respondent **shall** file with the
28 | court and serve on Petitioner a reply within **fifteen days** of the date any opposition is filed.

1  4. It is Petitioner's responsibility to prosecute this case.  Petitioner is reminded that
2  all communications with the Court must be served on Respondent by mailing a true copy of the
3  document to Respondent's counsel.  Petitioner must keep the court and all parties informed of
4  any change of address by filing a separate paper captioned "Notice of Change of Address."  He
5  must comply with the Court's orders in a timely fashion.  Failure to do so may result in the
6  dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure
7  41(b).

8  IT IS SO ORDERED.
9  DATED:   2/4/11                                              *Lucy H. Koh*
                                                                LUCY H. KOH
10                                                              United States District Judge