IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN DOUGLAS BURR,** <br><br> Petitioner, <br><br> v. <br><br> **FRANK CHAVEZ, Warden,** <br><br> Respondent. | Case No. C 10-5935 LHK (PR) <br><br> **ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until June 6, 2011, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

IT IS SO ORDERED

Dated: ___5/6/11_____      _____
LUCY H. KOH
United States District Judge

1

Order (C 10-5935 LHK (PR))