IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DOUGLAS BURR,<br><br>    Petitioner,<br>vs.<br><br>FRANK CHAVEZ, Warden,<br><br>    Respondent. | No. C 10-5935 LHK (PR)<br><br>ORDER DENYING MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*<br><br><br><br>(Docket No. 15) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 16, 2012, the Court denied the instant petition on the merits and entered judgment in favor of Respondent. On August 13, 2012, Petitioner filed a motion for leave to proceed in forma pauperis on appeal. (Docket No. 15.)

    Petitioner was not granted pauper status in the instant action as he paid the full filing fee. Accordingly, Petitioner's motion for leave to proceed in forma pauperis on appeal (Docket No. 15) is DENIED to bringing it directly in the Ninth Circuit for an independent review of the record to determine whether the appeal is frivolous.

    The Clerk shall forward a copy of this order to the Ninth Circuit Court of Appeals.

    IT IS SO ORDERED.

Dated: 8/27/12

LUCY H. KOH
United States District Judge

Order Denying IFP on Appeal
Burr5935.ifp-appeal.hhl.wpd